EL PUEBLO, apelado, *v.* ZOILO GRACIA, apelante.

## Corte de Distrito de Ponce.

No. 3091.—*Visto:* Marzo 29, 1927. *Resuelto:* Marzo 31, 1927.

En este caso por armas prohibidas se imputa a la corte dos errores: el no declarar anticonstitucional la ley sobre la materia y equivocada apreciación de la prueba. En los casos de *El Pueblo* v. *Rosado* y *El Pueblo* v. *Vadi,* 34 D. P.R. 315 y 462, respectivamente, se ha resuelto que la referida ley no es anticonstitucional.

945

*Se concluyó* que la prueba era suficiente, pues el juez no estaba obligado a creer, como convenía a la defensa, que las detonaciones que se oyeron no eran disparos de armas de fuego sino petardos. Esto, aparte de que hubo testigos de cargo que declararon haber visto al acusado disparando su revólver.

El Juez Presidente Señor del Toro, emitió la opinión del tribunal.